IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARKAZZ SMITHSON,<br><br>Petitioner,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA, *et al.*<br><br>Respondents. | 2:25-CV-01119-CCW-MPK |

**MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On September 14, 2026, the Magistrate Judge issued a Report ("the R&R"), ECF No. 12, recommending that Petitioner's Writ of Habeas Corpus, ECF No. 11, be dismissed as moot and a certificate of appealability be denied. Service of the R&R was made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, it hereby is **ORDERED** that the Petition, ECF No. 11, is **DISMISSED as MOOT**, a certificate of appealability is **DENIED**, and the Magistrate Judge's R&R, ECF No. 12, is **ADOPTED** as the Opinion of the District Court.

IT IS SO ORDERED.

DATED this 9th day of October, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

Cc (via United States Mail):

Markazz Smithson
#188714
RENEWAL CENTER
339 Blvd of the Allies
Pittsburgh, PA 15222
Pro Se Petitioner